## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH R. SEARFOSS,** | : |
|     **Plaintiff** | : |
|     **v.** | :    **CIVIL ACTION NO. 3:13-2221** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | :    **(JUDGE MANNION)** <br> : |
|     **Defendant** | : |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The decision of the Commissioner of Social Security denying Kenneth R. Searfoss disability insurance benefits is **AFFIRMED**.
2. The clerk is directed to close the case.


*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: September 30, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2221-01 Order.wpd